**Order entered September 30, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00864-CV

**PAMELA ANDERSON, Appellant**

**V.**

**KELLY WEED AND KATHY WEED, Appellees**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-03066-D**

## ORDER

Before the Court is the September 12, 2019 request of Coral Wahlen, Official Court Reporter for County Court at Law No. 4, for an extension of time to file the reporter's record. By letter dated September 26, 2019, the Court questioned its jurisdiction over this appeal and requested the parties to file letter briefs. Accordingly, we **GRANT** the request **to the extent** that the Court suspends the deadline for the reporter's record pending this Court's determination of its jurisdiction over this appeal. If the Court determines it has jurisdiction over this appeal, it will set a new deadline for the reporter's record.

/s/     BILL WHITEHILL
JUSTICE